UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TTMI SARL,

                     Plaintiff,

    - against -

HOLT GLOBAL LTD.,

                    Defendant.
------------------------------------------------------------X

Case No.: 09 CV 8370(JGK)

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

      Defendant not having answered or moved for summary judgment in this matter, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff TTMI SARL, by and through its attorneys, Clyde & Co US LLP, hereby files this Notice of Dismissal, dismissing, without prejudice, its Complaint in the within action.

Dated: November 4, 2009
       New York, New York

                                    CLYDE & CO US LLP

                                    By: _____
                                    Christopher Carlsen
                                    405 Lexington Avenue
                                    New York, New York 10174
                                    Tel: (212) 710-3900
                                    Fax: (212) 710-3950

                                    Christopher.carlsen@clydeco.us

                                    Attorneys for Plaintiff